UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-mj-2689-AOR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORDAN HUNG MENDOZA,

    Defendant.
_____/

## **SECOND COURT ORDERED FINANCIAL REPORT**

COMES NOW the Defendant, JORDAN HUNG MENDOZA's, undersigned counsel and files this Second Court Ordered Financial Report, and states as follows:

1. That on April 8, 2021, undersigned counsel was appointed by this Court to represent the Defendant in this case;

2. That after reviewing the Pre-Trial Services Report concerning the Defendant's finances, this Court inquired of the Defendant about his assets reflected in said Report;

   a. That subsequent to the inquiry, this Court ordered the Defendant to attempt to sell some of his assets including but not limited to a 2013 Chevrolet vehicle and a motorcycle, both of which were unencumbered, and which are located in Venezuela, and to file a report with the Court as to whether any of the assets have been sold and the amount of money received from such sales, so same can be deposited in the Court Registry to help defray the expenses of having a court-appointed counsel represent him;

3. That undersigned counsel has learned through the Defendant's family, that the sale of the 2013 Chevrolet and motorcycle has occurred, and that the funds are now available to be deposited in the amount of $6,000.00, in the Court Registry to help defray the expenses of having a Court appointed attorney represent him;

4. In order to accomplish the above-mentioned deposit of monies into the Court Registry, undersigned counsel believes it is necessary for this Court to enter a written Order requiring the deposit of $6,000.00 into the Court Registry so the Clerk's Office

will accept these monies knowing what it is for.  As such, undersigned counsel will submit an order reflecting same in conjunction with the filing of this report.

**WHEREFORE,** the Defendant JORDAN HUNG MENDOZA's counsel files this Court Ordered Second Financial Report and pursuant thereto, requests this Honorable Court enter an Order requiring the deposit of $6,000.00 into the Registry of the Court to help defray the expenses of JORDAN HUNG MENDOZA having a Court appointed attorney represent him.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court using CM/ECF system which will send notice of electronic filing to all counsel of record this 2nd day of June, 2021.

Respectfully submitted,

LAW OFFICES OF ADELSTEIN & MATTERS, P.A.
2929 S.W. Third Avenue, Suite 410
Miami, Florida   33129
Tel:  305-358-9222
Fax: 305-285-9110
E-mail: mamattersesq@aol.com

BY:  */S/ Michael A. Matters*
　　　 Michael A. Matters, Esq.
　　　 Fla Bar No.  182507